UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X

SHARIFE MOSES,
        Petitioner

   - Against -

JAIFA COLLADO,
        Respondent.
_____ X

STATE OF NEW YORK )
COUNTY OF ULSTER  )SS:

EXTENSION OF TIME TO REPLY
TO REPORT AND RECOMMEND-
ATION.....

19-Civ-1770 (LTS) (GWG)

## MEMO ENDORSED

    I, Sharife Moses, am the Petitioner in the above entitled action, and I submit this motion for an Extension of Time to file and Objection to the Report and Recommendation filed by Justice Gorenstein. For the reasons stated below Petitioner's request for an extension of time should be granted.

    1) On January 22, 2024, I received Magistrate Judge Gabriel W. Gorenstein, report and recommendation. I was required to file my objection(s) to this Report and Recommendation on or before January 24, 2024.

    2) Petitioner is confined at the Shawangunk Correctional and will not have sufficient enough time to file a timely reply to Magistrate Gorenstein report and recommendation. Petitioner has to comply with the provisions of DOCCS Directive No.: 4483 which requires that he submit a call-out to the law library, and once the call out is received petitioner will be assigned a law clerk to assist him with his legal work.

    3) Petitioner is unable to file an objection with the court without the assistance of a law clerk. Petitioner respectfully request that this court grant him a six day extension to file his objection and for any further relief as the court may deem just and proper.


Any reply to this motion must be served upon petitioner in a timely manner, wherein petitioner may have sufficient time to file an answer to any reply.

I declare under the penalty of perjury that the foregoing is true and correct and that this Motion for Extension of Time to File an Objection to the Report and Recommendation was placed in the prison mailing system at the Shawangunk Correctional Facility P.O. Box 700, Wallkill, New York 12589, on the 29th day of January 2024.

To: Alvin Bragg
District Attorney
New York County
1 Hogan Place
New York, New York 10013

Respectfully Submitted

Sharife Moses 15-A-0697
Shawangunk Correctional Facility
P.O. Box 700
Wallkill, New York 12589

The foregoing request is granted. Petitioner is granted until February 27, 2024, to submit any objections to Magistrate Judge Gorenstein's Report and Recommendation (docket entry no. 33.). Respondent will have fourteen days after being served with any objections to reply, pursuant to Federal Rule of Civil Procedure 72(b)(2). This resolves docket entry no. 34. The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner at the above address.
SO ORDERED.

Dated: 2/7/2024
/s/ Laura Taylor Swain, Chief. U.S.D.J.



RECEIVED FEB -5 2024 PRO SE OFFICE