**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SHARIFE MOSES,

                Petitioner,                              19 **CIVIL** 1770 (LTS)(GWG)

      -against-                                     **JUDGMENT**

JAIFA COLLADO,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 15, 2024, Petitioner's objections to the Report and Recommendation are overruled. The Court adopts the Report and denies Mr. Moses's Petition in its entirety. This Memorandum Order resolves docket entry no. 1. Petitioner may not appeal this order unless "a circuit justice or judge issues a certificate of appealability." 28 U.S.C.A. § 2253(c)(1) (Westlaw through P.L. 118-78). A certificate will be granted "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2) (Westlaw through P.L. 118-78); see generally United States v. Perez, 129 F.3d 255, 259-60 (2d Cir. 1997) (discussing the standard for issuing a certificate of appealability). The Court finds that Petitioner will not be able to sustain this burden. The Court declines to issue a certificate of appealability.

**Dated:**  New York, New York

     August 15, 2024                                                **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**

                                                 **BY:**
                                                           _____
                                                              **Deputy Clerk**